## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
**JAMES K. BREDAR**
UNITED STATES DISTRICT JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

February 4, 2016

MEMORANDUM TO COUNSEL OF RECORD

Re:   *Quainoo v. McGibney et al.*
      Civil No.: JKB-14-674

Dear Mr. Lawson:

This is in response to your unfiled letter to chambers about the memorandum and order I entered on January 4, 2016. In order for the Court to take the action you have requested, it is necessary for you to make a formal filing that requests the specific actions your client wishes the Court to take in the process of unsealing the case. The motion shall make reference to specific documents or parts thereof. Such motion shall be filed on or before February 22, 2016. The Court's orders, including this one, will not be withdrawn from the docket and will not be sealed.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

*/s/ James K. Bredar*

James K. Bredar
United States District Judge

JKB/vdc