IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EBENEZER QUAINOO, M.D., | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-14-674 |
| JAMES MCGIBNEY et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

This order supplements ECF No. 17. In addition to the list of withdrawn documents in that prior order, the Court now ORDERS that ECF No. 12 also be marked as WITHDRAWN.

DATED this 5th day of January, 2017.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge